FILED

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0284

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RYAN PATRICK DONAHUE,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefore, Appellant is granted an extension of time up to and including September 24, 2024, in which to prepare, file and serve the Appellant's opening brief in the above-entitled matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 21 2024